PT INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Job Number **1376093**

**AFFIDAVIT OF SERVICE**

Index no : **7:22-CV-00369-CS**
Date Index Number Purchased: **01/18/2022**

| Plaintiff(s): | **CARLOS REYES** |
|---|---|
| Defendant(s): | **JAMES E HERBSTER CONSTRUCTION COMPANY INC D/B/A HERBSTER CONSTRUCITON , ET AL** |

STATE OF NEW YORK
COUNTY OF WESTCHESTER    ss.:



*1376093*


**Wendy Resnick**, the undersigned, being duly sworn, deposes and says that

On **04/13/2022** at **1:01 PM**, I served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **JAMES E HERBSTER CONSTRUCTION** at **108 HOBART AVE , Port Chester, NY 10573** in the manner indicated below:

By delivering a true copy of said documents to **MERLYN DOE, GENERAL AGENT** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **JAMES E HERBSTER CONSTRUCTION** , and the recipient responded in the affirmative.

A description of the Defendant(s), or other person served on behalf of the Defendant(s) is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 30-40 | 5ft 4- 5ft 8 | 141-160lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on 04/14/2022

_____
Notary Public,

X_____
Wendy Resnick
Progressive Legal Support
P.O. Box 85
Valley Stream, NY 11582
516-218-2050

---
MARTINE PIERRE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01PI6387004
Qualified in Nassau County
My Commission Expires: 02/04/2023